UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
HOWELL, CHERYL JOYCE § Case No. 11-03670
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      Kenneth Gardner
      U.S. Bankruptcy Court Clerk
      219 South Dearborn Street- 7th Floor
      Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/16/2011 in Courtroom 644,
      United States Courthouse
      219 South Dearborn Street
      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth S. Gardner_____
                   Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
HOWELL, CHERYL JOYCE § Case No. 11-03670
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,634.59 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 11,634.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,913.46 | $ 0.00 | $ 1,913.46 |
| Trustee Expenses: Phillip D. Levey | $ 26.23 | $ 0.00 | $ 26.23 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,914.00 | $ 0.00 | $ 1,914.00 |

Total to be paid for chapter 7 administrative expenses     $     3,853.69
Remaining Balance     $     7,780.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,334.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 311.64 | $ 0.00 | $ 79.94 |
| 000002 | American InfoSource LP as agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 8,135.83 | $ 0.00 | $ 2,086.85 |
| 000003 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 6,597.24 | $ 0.00 | $ 1,692.20 |
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 586.76 | $ 0.00 | $ 150.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 1,894.47 | $ 0.00 | $ 485.93 |
| 000006 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 2,811.04 | $ 0.00 | $ 721.04 |
| 000007 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 8,323.49 | $ 0.00 | $ 2,134.99 |
| 000008 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,674.28 | $ 0.00 | $ 429.45 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,780.90 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-03670-PSH
Cheryl Joyce Howell                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dgomez              Page 1 of 1             Date Rcvd: Jul 20, 2011
                             Form ID: pdf006           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2011.
```
db          +Cheryl Joyce Howell,    2606 West 83rd Place,    Chicago, IL 60652-3928
aty         +Jesse Outlaw,    Jesse Outlaw & Associates,    53 W Jackson Blvd Ste 1232,    Chicago, IL 60604-3628
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
16740913    +BAC Home Loan Service,    450 American Street,    Simi Valley, CA 93065-6285
16740914    +Barclay's Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
17258207    +CANDICA L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
17107944     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16740915    +Chase-bp,    P.O. Box 15298,    Wilmington, DE 19850-5298
16740916    +Citgo/cbsd,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
16740917     Diner Club/ Mastercard,    P.O. Box 6067,    The Lakes, NV 89163-6067
16740921    +Macys,    9111 Duke Blvd.,    Mason, OH 45040-8999
16740922    +Menards,    90 Christian Road,    New Castle, DE 19720-3118
17295786    +PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
16740923    +Sears,    P.O. Box 6189,    Sioux Falls, SD 57117-6189
16740924    +Target,    P.O. Box 673,    Minneapolis, MN 55440-0673
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17159690      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2011 01:33:20
              American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
17375508      E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 00:22:57      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16740918    +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 01:37:06      Gemb/ Sams Club,    P.O. Box 981400,
              El Paso, TX 79998-1400
16740919    +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 00:22:57      Gemb/Care Credit,    P.O. Box 981439,
              El Paso, TX 79998-1439
16740920    +E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 00:22:57      J C Penny,    P.O. Box 984100,
              El Paso, TX 79998-4100
                                                                                              TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 22, 2011**                          **Signature:** *Joseph Speetjens*