UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
HOWELL, CHERYL JOYCE § Case No. 11-03670
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loan Service 450 American Street Simi Valley, CA 93065 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclay's Bank Delaware 125 S. West Street Wilmington, DE 19801 | | | | | |
| | Chase-bp P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citgo/cbsd P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Diner Club/ Mastercard P.O. Box 6067 The Lakes, NV 89163-6067 | | | | | |
| | Gemb/ Sams Club P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Care Credit P.O. Box 981439 El Paso, TX 79998 | | | | | |
| | J C Penny P.O. Box 984100 El Paso, TX 79998 | | | | | |
| | Macys 9111 Duke Blvd. Mason, OH 45040 | | | | | |
| | Menards 90 Christian Road New Castle, DE 19720 | | | | | |
| | Sears P.O. Box 6189 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target P.O. Box 673 Minneapolis, MN 55440 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CANDICA L.L.C. | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000006 | GE MONEY BANK | | | | | |
| 000007 | GE MONEY BANK | | | | | |
| 000008 | GE MONEY BANK | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-03670 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
| Case Name: | HOWELL, CHERYL JOYCE | | | Date Filed (f) or Converted (c): | 01/31/11 (f) |
| | | | | 341(a) Meeting Date: | 02/25/11 |
| For Period Ending: | 06/20/11 | | | Claims Bar Date: | 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2606 West 83rd Place Chicago, Illinois 60652 | 101,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 120.00 | 0.00 | DA | 0.00 | FA |
| 3. United Credit Union Checking and Savings Accounts | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Peoples Gas Deposit | 200.00 | 200.00 | DA | 0.00 | FA |
| 5. Living Room, Dining Room, and Bedroom Sets | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Women's Clothing | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. Jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Board of Education Group Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Physicians Mutual whole Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. VALIC  IRA Annuity | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 11. Sara Lee (Consolidated Foods) | 2,500.00 | 2,500.00 | | 11,634.45 | FA |
| 12. 2004 Ford Explorer | 5,000.00 | 2,600.00 | DA | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.07 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $133,320.00     $25,300.00     $11,634.52     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-03670 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | HOWELL, CHERYL JOYCE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5821 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9073 | | |
| For Period Ending: | 11/04/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/11 | 11 | Cheryl J. Howell<br>2606 W. 83rd Place<br>Cgucago, IL 60652 | Turnover-Stock Sale Proceeds | 1129-000 | 8,660.63 | | 8,660.63 |
| 05/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,660.70 |
| 06/20/11 | 11 | Cheryl J. Howell | Turnover | 1129-000 | 2,973.82 | | 11,634.52 |
| 06/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.07 | | 11,634.59 |
| 07/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,634.68 |
| 08/16/11 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 11,634.73 |
| t 08/16/11 | | Transfer to Acct #*******5915 | Final Posting Transfer | 9999-000 | | 11,634.73 | 0.00 |

```
                                    COLUMN TOTALS              11,634.73    11,634.73      0.00
                              Less: Bank Transfers/CD's             0.00    11,634.73
* Reversed                          Subtotal                    11,634.73        0.00
t Funds Transfer              Less: Payments to Debtors                          0.00
                                    Net                         11,634.73        0.00
```

Page Subtotals    11,634.73    11,634.73

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-03670 -PSH | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | HOWELL, CHERYL JOYCE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5915 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9073 | | |
| For Period Ending: | 11/04/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 08/16/11 | | Transfer from Acct #*******5821 | Transfer In From MMA Account | 9999-000 | 11,634.73 | | 11,634.73 |
| 08/21/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,913.47 | 9,721.26 |
| 08/21/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 26.23 | 9,695.03 |
| 08/21/11 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,914.00 | 7,781.03 |
| 08/21/11 | 000104 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 25.65139% | 7100-900 | | 79.94 | 7,701.09 |
| 08/21/11 | 000105 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 25.65061% | 7100-900 | | 2,086.89 | 5,614.20 |
| 08/21/11 | 000106 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000003, Payment 25.65058% | 7100-900 | | 1,692.23 | 3,921.97 |
| 08/21/11 | 000107 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 25.64933% | 7100-900 | | 150.50 | 3,771.47 |
| 08/21/11 | 000108 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000005, Payment 25.65045% | 7100-900 | | 485.94 | 3,285.53 |
| | | | Page Subtotals | | 11,634.73 | 8,349.20 | |

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-03670 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | HOWELL, CHERYL JOYCE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5915 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9073 | | | |
| For Period Ending: | 11/04/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/21/11 | 000109 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000006, Payment 25.65065% (6-1) SAM'S CLUB | 7100-900 | | 721.05 | 2,564.48 |
| 08/21/11 | 000110 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000007, Payment 25.65054% (7-1) CARECREDIT/GEMB | 7100-900 | | 2,135.02 | 429.46 |
| 08/21/11 | 000111 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000008, Payment 25.65043% (8-1) JCPENNEY CREDIT SERVICES | 7100-900 | | 429.46 | 0.00 |

* Reversed
t Funds Transfer

| | COLUMN TOTALS | 11,634.73 | 11,634.73 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 11,634.73 | 0.00 | |
| | Subtotal | 0.00 | 11,634.73 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 11,634.73 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********5821 | 11,634.73 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5915 | 0.00 | 11,634.73 | 0.00 |
| | 11,634.73 | 11,634.73 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 0.00 | 3,285.53 |
|---|---|---|---|

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-03670 -PSH | Trustee Name: | Phillip D. Levey |
| Case Name: | HOWELL, CHERYL JOYCE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5915  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9073 | | |
| For Period Ending: | 11/04/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals            0.00            0.00

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*